No. 1,261.—YELVERTON, RESPONDENT, *v.* SAWYER ET AL., APPELLANTS.

*Appeal from District Court, Deer Lodge County.*

Motion to dismiss appeal submitted February 7, 1901.   De-cided February 7, 1901.

PER CURIAM.—Upon application of the appellants herein this appeal is dismissed at the cost of the appellants; and respondent's motion to assess damages for an appeal taken without merit is denied.

*Mr. C. J. Walsh* and *Messrs. McConnell & McConnell,* for Appellants. *Mr. J. R. Boarman,* for Respondent.